FILED
Charlotte
Mar 19 2024
U.S. District Court
Western District of N.C.

USA-153Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the Southern     DISTRICT OF     Texas

UNITED STATES OF AMERICA
V.

Oludayo Kolawole John Adeagbo

CRIMINAL NUMBER: 4:22-cr-165

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Oludayo Adeagbo, defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Western District of North Carolina in which I, Oludayo Adeagbo, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 11/3 20 23 at _____

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the
Western District of
North Carolina

_____
United States Attorney for the
Southern District of
Texas