# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CRIMINAL DOCKET FOR CASE #: 4:22-cr-00165-1

Case title: USA v. Oludayo Kolawole John Adeagbo             Date Filed: 03/30/2022

Date Terminated: 11/03/2023

Assigned to: Judge Keith P Ellison

## Defendant (1)

**Oludayo Kolawole John Adeagbo**               represented by **David Paz**
*TERMINATED: 11/03/2023*                                        Paz and Associates
*also known as*                                                 1001 Texas St.
John Edwards                                                    Suite 570
*TERMINATED: 11/03/2023*                                        Houston, TX 77002
*also known as*                                                 281-743-7559
John Dayo                                                       Fax: 281-377-5047
*TERMINATED: 11/03/2023*                                        Email: Pazandassociates@hotmail.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| Conspiracy to Commit Wire Fraud (1) | Rule 20 Transfer to Western District of North Carolina |
| Wire Fraud (2) | Rule 20 Transfer to Western District of North Carolina |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:1349 Conspiracy to Commit Wire Fraud; 18:1343 Wire Fraud | Rule 20 Transfer to Western District of North Carolina |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **USA** | represented by | **Brian Mund** <br> DOJ-Crm <br> Criminal Division, CCIPS <br> 10th & Constitution Ave., NW <br> Criminal Division, (Computer Crime & Intellectual Property S <br> John C. Keeney Building, Suite 600 <br> Washington D.C., DC 20530 <br> 202-598-6205 <br> Email: brian.mund@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Rodolfo Ramirez** <br> United States Attorney's Office <br> 1000 Louisiana St <br> Ste 2300 <br> Houston, TX 77002 <br> 713-567-9000 <br> Email: rodolfo.ramirez@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* <br><br> **Financial Litigation** <br> U S Attorney's Office <br> Southern District of Texas <br> 1000 Louisiana St <br> Ste 2300 <br> Houston, TX 77002 <br> 713-567-9000 <br> Fax: 713-718-3391 fax <br> Email: flu.usatxs-@usdoj.gov <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2019 | | Magistrate Judge Peter Bray added. (kmurphy, 4) [4:19-mj-01223 *SEALED*] (Entered: 06/18/2019) |
| 06/18/2019 | 1 | COMPLAINT as to Oludayo Kolawole John Adeagbo (1), filed. (kmurphy, 4) [4:19-mj-01223 *SEALED*] (Entered: 06/18/2019) |
| 06/18/2019 | 2 | MOTION to Seal by USA as to Oludayo Kolawole John Adeagbo, filed. (kmurphy, 4) [4:19-mj-01223 *SEALED*] (Entered: 06/18/2019) |
| 06/18/2019 | 3 | ORDER granting 2 Motion to Seal as to Oludayo Kolawole John Adeagbo (1).(Signed by Magistrate Judge Peter Bray.) Parties notified.(kmurphy, 4) [4:19-mj-01223 *SEALED*] (Entered: 06/18/2019) |
| 07/18/2019 | 4 | Superseding COMPLAINT as to Oludayo Kolawole John Adeagbo, filed. (kmurphy, 4) |

| | | |
|---|---|---|
| | | [4:19-mj-01223 *SEALED*] (Entered: 07/19/2019) |
| 07/18/2019 | 5 | MOTION to Seal by USA as to Oludayo Kolawole John Adeagbo, filed. (kmurphy, 4) [4:19-mj-01223 *SEALED*] (Entered: 07/19/2019) |
| 07/18/2019 | 6 | ORDER granting 5 Motion to Seal as to Oludayo Kolawole John Adeagbo (1).(Signed by Magistrate Judge Peter Bray.) Parties notified.(kmurphy, 4) [4:19-mj-01223 *SEALED*] (Entered: 07/19/2019) |
| 10/17/2019 | 7 | Sealed Event, filed. [4:19-mj-01223 *SEALED*] (Entered: 10/22/2019) |
| 06/07/2020 | 8 | Sealed Event, filed. [4:19-mj-01223 *SEALED*] (Entered: 06/08/2020) |
| 06/07/2020 | 9 | Sealed Event, filed. [4:19-mj-01223 *SEALED*] (Entered: 06/08/2020) |
| 06/07/2020 | 10 | Sealed Order, filed. [4:19-mj-01223 *SEALED*] (Entered: 06/08/2020) |
| 03/30/2022 | | Judge update in case as to Oludayo Kolawole John Adeagbo. Judge Keith P Ellison added. (JosephWells, 4) (Entered: 04/04/2022) |
| 03/30/2022 | 11 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Oludayo Kolawole John Adeagbo (1) count(s) 1, 2, filed. (Attachments: # 1 Unredacted attachment) (JosephWells, 4) (Entered: 04/04/2022) |
| 03/30/2022 | 12 | US Attys Criminal Docket Sheet as to Oludayo Kolawole John Adeagbo, filed. (JosephWells, 4) (Entered: 04/04/2022) |
| 03/30/2022 | 13 | MOTION to Seal Case by USA as to Oludayo Kolawole John Adeagbo, filed. (JosephWells, 4) (Entered: 04/04/2022) |
| 03/30/2022 | 14 | ORDER TO SEAL(Signed by Magistrate Judge Dena Hanovice Palermo.) Parties notified. (JosephWells, 4) (Entered: 04/04/2022) |
| 03/30/2022 | 15 | ORDER FOR ISSUANCE OF BENCH WARRANT as to Oludayo Kolawole John Adeagbo ( Signed by Magistrate Judge Dena Hanovice Palermo) Parties notified. (JosephWells, 4) (Entered: 04/04/2022) |
| 08/03/2022 | 16 | MOTION to Unseal Case by USA as to Oludayo Kolawole John Adeagbo, filed. (Attachments: # 1 Proposed Order)(gkelner, 4) (Entered: 08/03/2022) |
| 08/03/2022 | 18 | Order to Unseal Case as to Oludayo Kolawole John Adeagbo. ( Signed by Judge Keith P Ellison) Parties notified. (SpencerSavarese, 4) (Entered: 08/05/2022) |
| 08/04/2022 | 17 | NOTICE OF ATTORNEY APPEARANCE: David Paz appearing for Oludayo Kolawole John Adeagbo, filed.(JosephWells, 4) (Entered: 08/04/2022) |
| 08/29/2022 | 19 | Unopposed MOTION for Protective Order by USA as to Oludayo Kolawole John Adeagbo, filed. (Attachments: # 1 Proposed Order)(Ramirez, Rodolfo) (Entered: 08/29/2022) |
| 09/02/2022 | 20 | ORDER Permitting Disclosure of Discoverable Documents re: 19 Motion for Protective Order as to Oludayo Kolawole John Adeagbo (1).(Signed by Judge Keith P Ellison.) Parties notified.(kpicota, 4) (Entered: 09/02/2022) |
| 11/03/2023 | 24 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Western District of North Carolina Counts closed as to Oludayo Kolawole John Adeagbo (1) Count 1,2., filed. (AntonioBanda, 4) (Entered: 03/12/2024) |
| 02/14/2024 | 21 | MOTION to Appear Pro Hac Vice for Brian Z. Mund (Fee Exempt) by USA as to Oludayo Kolawole John Adeagbo, filed. (Mund, Brian) (Entered: 02/14/2024) |

| 02/15/2024 | 22 | ORDER granting 21 Motion for Brian Z. Mund to Appear Pro Hac Vice for USA as to Oludayo Kolawole John Adeagbo. **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here** as to Oludayo Kolawole John Adeagbo (1).(Signed by Judge Keith P Ellison.) Parties notified.(GabrielleLyons, 4) (Entered: 02/15/2024) |
|---|---|---|
| 03/05/2024 | 23 | MOTION to Transfer Case to Western District of North Carolina by USA as to Oludayo Kolawole John Adeagbo, filed. (Ramirez, Rodolfo) (Entered: 03/05/2024) |